DATE:  November 6, 2024


The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Matthew Keil*
   *v. Jim O'Sullivan, in his official capacity as*
      *Sheriff of the City of Chesapeake, Virginia*
   Record No. 1621-23-1
   Opinion rendered by Judge Lorish on
   August 27, 2024

2. *Stafford County Board of Zoning Appeals, et al.*
   *v. John L. Grove, II, et al.*
   Record No. 2023-23-4
   Opinion rendered by Judge AtLee on
   August 27, 2024

3. *Juhwaan Barnes*
   *v. Commonwealth of Virginia*
   Record No. 0372-23-2
   Opinion rendered by Judge Raphael on
   September 3, 2024

4. *Avonlea LLC*
   *v. Karl Moritz, Director of Planning and Zoning for the City of Alexandria, et al.*
   Record No. 0952-23-4
   Opinion rendered by Senior Judge Annunziata on
   September 3, 2024

5. *Lindsey Nicole Perkins*
   *v. Rebecca Lynn (Hicks) Howington, et al.*
   Record No. 1239-23-3
   Opinion rendered by Judge Ortiz on
   September 10, 2024

6. *Ryan Douglas Roberts*
   *v. Commonwealth of Virginia*
   Record No. 1427-23-2
   Opinion rendered by Judge Raphael on
   September 17, 2024

7. *Elwood Lewis Thomas*
   *v. Commonwealth of Virginia*
   Record No. 1429-22-4
   En banc opinion rendered by Judge Raphael on
    September 17, 2024

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Arun Rashid Turay*
    *v. Commonwealth of Virginia*
    Record No. 0868-21-3
    En banc opinion rendered by Judge Lorish
      on December 19, 2023
    Refused (240134)

2. *Donald Rosson*
    *v. Erie Insurance Exchange*
    Record No. 1283-22-2
    Opinion rendered by Judge Athey
      on December 19, 2023
    Refused (240184)

3. *Smith Development, Inc.*
    *v. Martin C. Conway, et al.*
    Record No. 1245-22-4
    Opinion rendered by Judge Raphael
      on January 9, 2024
    Refused (240175)

4. *John B. Russell, Jr.*
    *v. Commonwealth of Virginia*
    Record No. 822-22-2
    Opinion rendered by Judge Callins
      on January 30, 2024
    Refused (240280)

5. *Joshua Stanton*
    *v. Virginia Beach – Fire Operations*
    Record No. 0344-23-1
    Opinion rendered by Senior Judge Humphreys
      on January 30, 2024
    Refused (240391)

6. *Robert Marshall Cornelius*
    *v. Commonwealth of Virginia*
    Record No. 0187-23-3
    Opinion rendered by Judge Huff
      on February 13, 2024
    Refused (240211)

7. *Carlos Ibanez, et al.*
   *v. Albemarle County School Board, et al.*
   Record No. 0951-22-2
   Opinion rendered by Judge Lorish
   on February 20, 2024
   Refused (240236)


8. *Hunter Lee, III*
   *v. Commonwealth of Virginia*
   Record No. 0053-23-3
   Opinion rendered by Judge Beales
   on May 7, 2024
   Refused (240458)

On October 24, 2024, the Supreme Court issued an opinion in the following case, which had been appealed from this Court

1.  *Kevin Thomas King*
    *v. Commonwealth of Virginia*
    Record No. 0484-22-3
    Memorandum opinion rendered by Judge Friedman on June 13, 2023
    Judgment of Court of Appeals affirmed by opinion rendered on October 24, 2024
    (230483)